ORDERED UNSEALED on 11/17/2023 s/ judepeters

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TIMOTHY WOODS, JR., Defendant. | Case No.: '23 MJ4143 <br> <u>COMPLAINT FOR VIOLATIONS OF</u>: <br> Title 18, United States Code, § 922(g)(1) – Felon in Possession of Firearm |

The undersigned complainant being duly sworn states:

<u>Count 1</u>

On or about September 27, 2023, within the Southern District of California, defendant TIMOTHY WOODS, JR., knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that travelled in interstate commerce, to wit: Harring and Richardson (H&R) .22 caliber revolver, unknown model with serial number M2, in violation of Title 18, United States Code, § 922(g)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

Scott H. Brahin

Special Agent Scott Brahin
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 14th day of November, 2023.

Barbara L. Major

Hon. Barbara L. Major
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

On September 14, 2023, San Diego Sheriff's Department ("SDSD") and San Diego Fugitive Task Force ("FTF") law enforcement officers arrested Timothy Woods, Sr., for two outstanding felony arrest warrants from the California counties of San Diego and Mariposa. On September 26, 2023, while consensually monitoring Woods, Sr.'s jail calls, SDSD Det. Tippin heard Woods, Sr. on a call with his son, TIMOTHY WOODS, JR., in which they discussed shooting another individual who they were upset with. They also specifically referenced firearms, using coded language like "strap" and "thing" that "needs the barrel swapped out."

Det Tippin was able to obtain subscriber information to confirm that WOODS, JR. was the person to whom Woods, Sr. was speaking, and that WOODS, JR. resided at 680 Anderson Road in Alpine, California. San Diego Superior Court Judge Zapanta issued a search warrant authorizing the search of WOODS, JR.'s residence.

On September 27, 2023, SDSD served a search warrant at WOODS, JR.'s residence and recovered a silver-colored H&R .22 caliber revolver, unknown model, with serial number M2, from underneath the seat of a green Dodge Ram pickup truck located immediately in front of the residence. During a subsequent interview, WOODS, JR. admitted to finding the firearm and moving it to the cab of the pickup truck, WOODS, JR also admitted to having the keys and being in control of the truck.

A preliminary nexus determination indicates that the firearm was not manufactured in California, and therefore travelled in interstate commerce.

Additionally, a database query for WOODS, JR.'s criminal history shows the following convictions:

| CONVICTION DATE/YR | COURT OF CONVICTION | CHARGE | PRISON/JAIL TERM |
|---|---|---|---|
| 2013 | CASC-San Diego Case SCE329359 | PC § 496(d)– Buying or Receiving Stolen Vehicle | 6 months |
| 2013 | CASC – San Diego Case SCE333682 | PC § 459– Burglary | 6 months |
| 2014 | CASC – San Diego Case SCE339902 | PC § 459/460 – Residential Burglary | 2 years |
| 2016 | CASC-San Diego Case SCE357981 | PC § 21310 –Possession of a Dirk/Dagger | 16 months |
| 2018 | OHIO-Clinton Co. Case XR-6799691 | Ohio Code 2923.13(a)(1)- Possession of Firearm While a Fugitive fr Justice | 24 months |
| 2021 | CASC-San Diego Case SCE402358 | PC § 487(d) – Grand Theft: Auto | 32 months |

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing this Complaint, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of the probable cause statement and related documents may cause the defendant to flee or avoid prosecution and may cause destruction of evidence and may have a negative impact on this continuing investigation.